

**Signed: December 02, 2010**

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Christopher N. Ransom, Jr.                    Case No.: **10-73077 EDJ**

Debtor(s)/                                            Chapter: 7

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 11/15/2010, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients